UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ECKERT,

    Plaintiffs,

v.

THE T.J.X. COMPANIES,

    (FIRST REQUEST)

    Defendants.

CASE NO. 3:08cv-00643-LRH-RAM

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT THE T.J.X. COMPANIES, INC. MOTION TO DISMISS AND ORDER

COME NOW Plaintiffs Robert Eckert, by and through his attorney, KEN McKENNA, ESQ. and Defendant The T.J.X. Companies, by and through their attorney of record, SUSAN HEANEY HILDEN and hereby stipulate the Plaintiff be granted an extension of time up to and including Monday, March 23, 2009 to respond to the pending Motion to Dismiss. Such request is due to Plaintiffs' counsel's heavy workload and is not intended for the purpose of delay.

DATED: February 26th, 2009.

BY: /s/
KENNETH J. McKENNA, ESQ.
Attorney for Plaintiff

DATED: February 26th, 2009.

BY: /s/
SUSAN HEANEY HILDEN
LITTLER MENDELSON
Attorney for Defendant,
THE T.J.X. COMPANIES

IT IS SO ORDERED:

It is hereby ordered that Plaintiffs shall have up to and including March 23, 2009 to file their responsive pleading to the Defendant The T.J.X. Companies pending Motion to Dismiss.

DATED this 27th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2