UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ECKERT,

      Plaintiffs,

v.

THE T.J.X. COMPANIES,

      Defendants.

CASE NO. 3:08cv-00643-LRH-RAM

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT THE T.J.X. COMPANIES, INC. MOTION TO DISMISS**; ORDER (SECOND REQUEST)

COME NOW Plaintiffs Robert Eckert, by and through his attorney, KEN McKENNA, ESQ. and Defendant The T.J.X. Companies, by and through their attorney of record, SUSAN HEANEY HILDEN and hereby stipulate the Plaintiff be granted an extension of time up to and including Friday, March 27, 2009 to respond to the pending Motion to Dismiss. This request is not intended for the purpose of delay. Rather, the parties are attempting to reach a settlement of this matter.

DATED: March 23, 2009.

BY: /s/
KENNETH J. McKENNA, ESQ.
Attorney for Plaintiff

DATED: March 23, 2009.

BY: /s/
SUSAN HEANEY HILDEN
LITTLER MENDELSON
Attorney for Defendant,
THE T.J.X. COMPANIES

1

IT IS SO ORDERED:

It is hereby ordered that Plaintiffs shall have up to and including March 27, 2009 to file their responsive pleading to the Defendant The T.J.X. Companies pending Motion to Dismiss.

DATED this 24th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE